UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MLNARIK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SMITH, GARDNER, SLUSKY, LAZER, POHREN & ROGERS, LLP, et al.,<br><br>    Defendants. | Case No. 14-cv-01849-BLF<br><br>**ORDER SUBMITTING MOTION TO DISMISS WITHOUT ORAL ARGUMENT AND VACATING HEARING DATE**<br><br>[Re: ECF 10] |

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendants' Motion to Dismiss Second Amended Complaint, (ECF 10), appropriate for submission without oral argument. The motion hearing noticed for July 24, 2014 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: July 21, 2014

                                                               BETH LABSON FREEMAN
                                                               United States District Judge