# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN MLNARIK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SMITH, GARDNER, SLUSKY, LAZER,<br>POHREN & ROGERS, LLP, et al.,<br><br>    Defendants. | Case No.  14-cv-01849-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING**<br><br>[Re: ECF 20] |

The Motion to Dismiss Fourth Amended Complaint that was scheduled for hearing on November 19, 2014 is hereby SUBMITTED without oral argument; the hearing is VACATED. *See* Civ. L.R. 7-1(b).

The Initial Case Management Conference in this case, presently scheduled for November 19, 2014, is CONTINUED to **January 8, 2015** at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: November 14, 2014

                                                      BETH LABSON FREEMAN
                                                    United States District Judge