UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MLNARIK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SMITH, GARDNER, SLUSKY, LAZER, POHREN & ROGERS, LLP, et al., <br><br> Defendants. | Case No. 14-cv-01849-BLF <br><br> **JUDGMENT** |

For the reasons stated in the accompanying order granting Defendants' Motion to Dismiss with prejudice, FINAL JUDGMENT IS HEREBY ENTERED in favor of defendants Smith, Gardner, Slusky, Lazer, Pohren & Rogers, LLP and DC Homeowners' Association and against plaintiffs John and Kristen Mlnarik.  The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated: November 21, 2014

_____
BETH LABSON FREEMAN
United States District Judge