FILED

SEP 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN MLNARIK and KRISTEN MLNARIK,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>SMITH, GARDNER, SLUSKY, LAZER, POHREN & ROGERS, LLP; et al.,<br><br>   Defendants - Appellees. | No. 14-17315<br><br>D.C. No. 5:14-cv-01849-BLF<br>Northern District of California, San Jose<br><br>ORDER |

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

        FOR THE COURT


        By: Ann Julius
        Circuit Mediator

AJ/Mediation